UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jovan Denaro Robinson**  Docket No. 5:22-CR-71-1D

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jovan Denaro Robinson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, was sentenced by the Honorable William L. Osteen, Jr., U.S. District Judge for the Middle District of North Carolina, on September 10, 2018, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jovan Denaro Robinson was released from custody on March 17, 2022, at which time the term of supervised release commenced. On April 13, 2022, a Transfer of Jurisdiction was filed in the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a "Special Condition of Supervision," Robinson was ordered to "abide by the conditions of the location monitoring home detention program for a period of six (6) months, followed by six (6) months of the curfew program." Since the commencement of the Location Monitoring condition on March 17, 2022, the defendant has complied with the rules and regulations of the program. Due to his compliance with the program and because he is now working two jobs with varying schedules, it is recommended that the condition related to home detention and curfew be removed from the Judgment and his participation in the Location Monitoring Program be terminated.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The condition related to home detention and curfew is hereby removed from the Judgment and the defendant's participation in the Location Monitoring Program is terminated.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: August 29, 2022

Jovan Denaro Robinson
Docket No. 5:22-CR-71-1D
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __30__ day of __August__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge